IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CURTIS L. BYRD, JR.,

    Petitioner,

VS.                               CR. NO. 01-20325-Ma

UNITED STATES OF AMERICA,

    Respondent.

## ORDER OF REFERENCE

This matter is referred to the magistrate judge for a hearing to determine if petitioner qualifies for appointment of counsel under the Criminal Justice Act, and if so, to appoint counsel.

It is so ORDERED this 21st day of April, 2005.

                          SAMUEL H. MAYS, JR.
                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 205 in case 2:01-CR-20325 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Curtis L. Byrd
1395 Worthington Circle
Memphis, TN 38114

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT