IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 SEP 22 PM 4:21
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

---

CURTIS L. BYRD, JR.,

    Petitioner,

VS.

    NO. 01-20325-Ma

UNITED STATES OF AMERICA,

    Respondent.

---

### ORDER OF REFERENCE

---

This matter is referred to the magistrate judge for a hearing to determine if petitioner Curtis L. Byrd, Jr. qualifies for appointment of counsel under the Criminal Justice Act and for appointment of counsel, if appropriate.

It is so ORDERED this 22d day of September, 2005.

                          SAMUEL H. MAYS, JR.
                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  9-26-05

212

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 212 in case 2:01-CR-20325 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
P.O. Box 776407
Steamboat Springs, CO 80477

Honorable Samuel Mays
US DISTRICT COURT