IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

CURTIS L. BYRD, JR., )
    Petitioner, )
)
vs. ) No. 01-20325-MaV
)
UNITED STATES OF AMERICA, )
    Respondent. )

---

### ORDER SETTING HEARING

---

Before the court is the motion of the petitioner Curtis L. Byrd, Jr. for appointment of a new attorney. The motion was referred to the United States Magistrate Judge for determination of petitioner's indigent status and to appoint counsel if appropriate.

The motion was set for a hearing on October 6, 2005. No one appeared for the hearing, and it appears that the notice of setting was not sent to the petitioner.

Therefore, the hearing is reset on <u>Thursday, October 20, 2005, at 9:45 a.m.</u> in Courtroom 5, 3rd Floor Federal Building, 167 North Main Street, Memphis, Tennessee.

The clerk is directed to send this order to Curtis Byrd at 1395 Worthington, Memphis, TN 38114 and also to Curtis Byrd at 4746 Spottswood, #349, Memphis, TN 38117.

IT IS SO ORDERED this 11th day of October, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-12-05

216

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 216 in case 2:01-CR-20325 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
P.O. Box 776407
Steamboat Springs, CO 80477

Curtis L. Byrd
1395 Worthington Circle
Memphis, TN 38114

Honorable Samuel Mays
US DISTRICT COURT